```
              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HONORABLE JOSEPH E. IRENAS |
| | : | CRIMINAL NO. 06-414 (JEI) |
| v. | : | |
| | : | **ORDER DENYING DEFENDANT'S** |
| ALTAGRACIA ROSARIO et al. | : | **MOTION TO TERMINATE HIS** |
| | : | **SUPERVISED RELEASE** |
| | : | **(Docket No. 391)** |
| | : | |

**APPEARANCES:**

PAUL J. FISHMAN, UNITED STATES ATTORNEY
By:  Kathleen Patricia O'Leary, Esq.
     Caroline A. Sadlowski, Esq.
970 Broad Street
Suite 700
Newark, NJ 07102

CHRISTOPHER NIX, PRO SE
112 Elm Street
Trenton, New Jersey 08611

**IRENAS**, Senior District Judge:

This matter having appeared before the Court on Defendant Christopher Nix's Motion to Terminate Supervised Release, and it appearing that:

(1)  Following Defendant's plea of guilty to the charge of Conspiracy to Produce Fraudulent Identification Documents, on October 16, 2007, this Court sentenced the Defendant to a period of incarceration of 25 months, followed by three years of supervised release.

(2)  Defendant presently moves this Court to terminate his supervised release early, alleging that he would like to "start a new life" and move to Florida.  (Def's Br. ¶ 3)  Defendant has

not violated any of the terms of his supervised release.

    (3)  The Government opposes this motion.

    (4)  Mere compliance with the terms of supervised release is an insufficient basis for early termination.  Defendant has not exhibited changed circumstances warranting early termination, such as exceptionally good behavior.  *See U.S. v. Caruso*, 241 F. Supp.2d. 466, 468 (D.N.J. 2003) (citing *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997).

    (5)  Further, although Defendant wishes to re-locate, he has not yet requested a transfer to Florida from the Probation Office.  Going forward, he may wish to do so.

And for good cause shown,

**IT IS** on this **19th** day of July, 2010,

**ORDERED THAT:**

    Defendant's Motion to Terminate Supervised Release is hereby **DENIED.**

                      s/   Joseph E. Irenas
                        JOSEPH E. IRENAS, S.U.S.D.J.